IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **THOMAS S. CHILDS,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. **3:15-CV-403-L** |
| **RESIDENT COLLECT, INC. d/b/a** | § | |
| **RESIDENT COLLECT,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is the Motion for Appointment of Counsel (Doc. 71), filed by Plaintiff Thomas S. Childs ("Plaintiff") on July 19, 2016. On September 23, 2016, Magistrate Judge Paul D. Stickney entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court deny the Motion for Appointment of Counsel. No objections to the Report were filed.

Having reviewed the motion, pleadings, file, and record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **denies** the Motion for Appointment of Counsel (Doc. 71).

**It is so ordered** this 12th day of October, 2016.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order- Solo Page**