IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **THOMAS S. CHILDS,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. **3:15-CV-403-L** |
| **RESIDENT COLLECT, INC. d/b/a** | § | (Consolidated with 3:15-CV-1001-P |
| **RESIDENT COLLECT,** *et al.*, | § | and 3:15-CV-1002-P) |
| | § | |
| Defendants. | § | |

## ORDER

On June 20, 2018, United States Magistrate Rebecca Rutherford entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court grant in part and deny in part Defendants' Motion for Attorney's Fees and Costs (Doc. 116), filed September 25, 2017. Specifically, the magistrate judge recommends that the court award Defendants $3,804 in reasonable attorney's fees but deny Defendants' request for an award of costs. No objections to the Report were filed.

Having reviewed the motion, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants in part and denies in part** Defendants' Motion for Attorney's Fees and Costs (Doc. 116), to the extent that it **awards** Defendants **$3,804** in reasonable attorney's fees. Defendants' motion is **denied** in all other respects.

**It is so ordered** this 6th day of July, 2018.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**